HAROLD S. BARNES, APPELLANT, V. PEGGY SUE BARNES, APPELLEE.

324 N.W.2d 408

Filed October 1, 1982. No. 82-166.

Stanley D. Cohen and Joyce M. Pocras, for appellant.

Alan L. Plessman, for appellee.

KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record de novo as it is required to do, finds that the decree of the trial court should be affirmed.

AFFIRMED.